UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION H-06-354 |
| | § | |
| CAROLINA RODRIGUEZ-PFEFFERKORN | § | |

### Order

Pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A), the Court finds that the ends of justice which will be served by allowing the Defendant additional time in which to prepare this case outweigh the best interest of the public and the Defendant in a speedy trial. The Court's basis for said finding is that the failure to grant a continuance in this case would deny counsel for the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §3161(h)(8)(B)(iv).

Thus, the Court finds that the time between October 23, 2006 and January 8, 2007 is excluded from consideration under the Speedy Trial Act, 18 U.S.C. §3161(h).

Accordingly, it is ordered that Defendant's unopposed motion for continuance (Dkt. 18) is GRANTED, and the time between October 23, 2006 and January 8, 2007 is excluded from consideration under the Speedy Trial Act, 18 U.S.C. §3161(h). It is further ordered that a pretrial conference will be held on January 8, 2007 at 10:00 a.m. and jury selection and trial will begin on January 8, 2007 at 1:00 p.m.

All motions will be filed no later than December 6, 2006.  Responses to motions will be filed no later than December 20, 2006.  Voir dire and requested jury instructions will be filed no later than January 3, 2007.

Signed at Houston, Texas on October 23, 2006.

_____
Gray H. Miller
United States District Judge